COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-06-100-CV

IN RE ROBERT LEE SMITH, JR. RELATOR

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied.  Accordingly, relator's petition for writ of mandamus is denied.

PER CURIAM

PANEL B: GARDNER, DAUPHINOT, and HOLMAN, JJ.

DELIVERED: March 27, 2006

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.